UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH HALL,<br><br>　　　　　　　Petitioner<br><br>　　-against-<br><br>DARWIN LE CLAIRE & NORMAN BEZIO,<br><br>　　　　　　　Respondents. | 10 CV 3877 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Court has received Petitioner's pro se motion, which the Court construes as a motion for relief under Federal Rule of Civil Procedure 60, and supporting materials.  (See dkt. nos. 384-386.) Respondents shall respond to Petitioner's motion no later than May 17, 2024.  Petitioner shall file his reply, if any, no later than June 14, 2024.  The Clerk of the Court shall mail a copy of this order to Petitioner.

**SO ORDERED.**

Dated:　New York, New York
　　　　April 19, 2024

　　　　　　　　　　　　　　　　　　_Loretta A. Preska_
　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1