UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RALPH HALL

            Petitioner,

-against-

DARWIN LE CLAIRE & NORMAN BEZIO,

            Respondents.

10-CV-3877 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Petitioner Ralph Hall's <u>pro se</u> motion (dkt. no. 399), seeking to vacate the Court's prior order denying his petition for a writ of habeas corpus brought under 28 U.S.C. § 2254, pertaining to his 2005 state court conviction (dkt. no. 330), based on a purported fraud on the Court. Respondents shall respond to Petitioner's motion no later than March 14, 2025. Mr. Hall may submit any reply no later than April 11, 2025. The Clerk of the Court shall mail a copy of this order to Petitioner.

**SO ORDERED.**

Dated:    February 10, 2025
           New York, New York

                                        _/s/ Loretta A. Preska_
                                        LORETTA A. PRESKA
                                        Senior United States District Judge