UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH HALL<br><br>                    Petitioner,<br><br>-against-<br><br>DARWIN LE CLAIRE & NORMAN BEZIO,<br><br>                    Respondents. | 10-CV-3877 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In a habeas corpus proceeding under 28 U.S.C. § 2255, a final order is "subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held." 28 U.S.C. § 2253(a). However, a district court should only issue a certificate of appealability when Petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is satisfied by a showing that "jurists of reason could disagree with the district court's resolution [or] conclude the issues presented are adequate to deserve encouragement to proceed further." Cox v. United States, 783 F.3d 145, 149 (2d Cir. 2015) (internal citations and quotations omitted).

For the reasons stated in the Court's decision dated August 6, 2025 denying Petitioner's fourth motion for reconsideration of the Court's denial of the habeas petition he filed in 2010 (dkt. no. 405), and because Petitioner has not made a

1

substantial showing of a denial of a constitutional right, a certificate of appealability will not issue.  See 28 U.S.C. § 2253(c).

The Court certifies that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purposes of appeal.

**SO ORDERED.**

Dated:    September 8, 2025
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge